Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26963−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Alarcon
88 Arthur Street
Clifton, NJ 07011

Martha A. Alarcon
88 Arthur Street
Clifton, NJ 07011

Social Security No.:
  xxx−xx−4948                                       xxx−xx−5697

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 09/01/2016 and a confirmation hearing on such Plan has been scheduled for 12/14/2016.

The debtor filed a Modified Plan on 11/08/2016 and a confirmation hearing on the Modified Plan is scheduled for 12/14/2016 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 10, 2016
JJW: mg

James J. Waldron
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                      Case No. 16-26963-SLM
Edwin Alarcon                                                               Chapter 13
Martha A. Alarcon
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 4                     Date Rcvd: Nov 10, 2016
                             Form ID: 186                 Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db/jdb         +Edwin Alarcon,    Martha A. Alarcon,    88 Arthur Street,    Clifton, NJ 07011-1420
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516374707      +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
516374709      +AMEX,   CORRESPONDENCE,    PO BOX 981540,    ELPASO, TX 79998-1540
516374686      +AmeriHealth,    PO Box 1788,    Newark, NJ 07101-1788
516374687      +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374710      +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516374714      +C.Tech Collections Inc,    PO Box 402,    MT. Sinal, NY 11766-0402
516374719      +CHASE,   ATTN: CORRESPONDENCE DEPT,     PO BOX 15298,    WILMINGTON, DE 19850-5298
516374724      +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,     PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516374725      +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,     PO BOX 790040,
                 ST LOUIS, MO 63179-0040
516374726      +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,     PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516374731      +COMENITY BANK/NEW YORK & COMPANY,     PO BOX 182125,    COLUMBUS, OH 43218-2125
516374732      +COMENITY BANK/VCTRSSEC,    P.O Box 659728,    San Antonio, TX 78265-9728
516374733       COMENITY BANK/VICTORIA SECRET,     PO BOX 18215,    COLUMBUS, OH 43218
516374728      +Clifton Eye Care,    P.O Box 2247,    Clifton, NJ 07015-2247
516374729      +Clifton Medical Imaging PA,     27168 Network Place,    Chicago, IL 60673-1271
516374739     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: DITECH FINANCIAL LLC,      332 MINNESOTA ST STE 610,
                 SAINT PAUL, MN 55101)
516374734      +Diagnostic Radiology Associates,     1339 Broad Street,    Clifton, NJ 07013-4219
516374740      +Dr. Souheil Saba , MD,    1300 Main Avenue,    Suite 2A,    Clifton, NJ 07011-2266
516374741      +ERC,   P.O Box 23870,    Jacksonville, FL 32241-3870
516374742      +FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
516374743     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD CREDIT,     NATIONAL BANKRUPCY SERVICE CENTER,    PO BOX 62180,
                 COLORADO SPRINGS, CO 80962)
516374745      +Garden State Healthcare Assoc. LLC,     P.O. Box 20503,    Newark, NJ 07101-5503
516374746      +Gastroenterology Associates of NJ,     PO Box 51074,    Newark, NJ 07101-5174
516374747      +Hoboken University Medical Center,     308 Willow Ave.,    Hoboken, NJ 07030-3808
516374748      +Howard Schachter Esq.,    3490 U.S Route 1,    Suite 6,    Princeton, NJ 08540-5920
516374749      +Imaging Subspecialists of North Jersey,,     PO Box 3607,    Evansville, IN 47735-3607
516374754      +KOHLS/CAPITAL ONE,    PO BOX 9500,    WILKS-BARR, PA 18773-9500
516374750      +Kazimierz M. Szczech, MD,    1033 Clifton Ave,    Suite 210,    Clifton, NJ 07013-3525
516374755      +Lab Corporation Of America,     PO Box 2240,    Burlington, NC 27216-2240
516374757      +MCS Claim Services, Inc.,    123 Frost Street,    Suite 150,    Westbury, NY 11590-5027
516374760      +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,     PO BOX 5452,    MT LAUREL, NJ 08054-5452
516374756      +Macys,   PO Box 78008,    Phoenix, AZ 85062-8008
516374758      +Medical Lab & Pathology Consut,     P.O Box 835,    Clifton, NJ 07015-0835
516374759      +Medical Laboratory & Pathology,     P.O Box 835,    Clifton, NJ 07015-0835
516374761      +NAPA OF NEW JERSEY,    1770 New Durham Road,    South Plainfield, NJ 07080-2328
516407176      +Napa of New Jersey,    C-Tech Collections, Inc.,     5505 Nesconset Hwy,    Mt Sinai, NY 11766-2037
516374762      +New Jersey Imaging Network, LLC,     27695 Network Place,    Chicago, IL 60673-1276
516374764      +North American Partners,    In Anesthesia NJ, LLC,     P.O Box 49,    Glen Head, NY 11545-0049
516374765      +Oscar Insurance Corporation,     P.O Box 278,    New York, NY 10013-0278
516374766      +R&R Recovery, Inc.,    P.O Box 21575,    Baltimore, MD 21282-1575
516374769      +RAYMORE & FLANIGAN,    ATTN: LEGAL DEPT,    7248 MORGAN RD,    LIVERPOOL, NY 13090-4535
516374767      +Ramapo Valley Anesthesia Assoc LLC,     P.O. Box 28053,    New York, NY 10087-8053
516374768       Ramapo Valley Anesthesiologists, PC,     100 Route 59, Suite 105,    Suffern, NY 10901-4927
516374770      +Rickart Collection Systems, Inc.,     575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
516374772      +St Joseph’s Regional Medical Center,     PO Box 36284,    Newark, NJ 07188-0001
516374775      +St. Josephs Emergency Physicians,     P.O Box 11144,    Belfast, ME 04915-4002
516374776      +St. Marys Hospital,    350 Boulevard,    Passaic, NJ 07055-2840
516374777      +St.Josephs Regional Medical Center,     P.O Box 32025,    New York, NY 10087-2025
516374790      +TARGET,   C/O FINANCIAL & RETAIL SERVICES,     MAILSTOP BT PO BOX 9475,
                 MINNEAPOLIS, MN 55440-9475
516374803     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA MOTOR CREDIT CO,     TOYOTA FINANCIAL SERVICES,    PO BOX 8026,
                 CEDAR RAPIDS, IA 52408)
516374797      +Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,
                 Staten Island, NY 10309-0717
516374804      +VERIZON,   500 TECHNOLOGY DR,    SUITE 500,    WELDON SPRING, MO 63304-2225
516374807      +VISA DEPT STORE NATIONAL BANK,     ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
516374806      +Victoria Secret,    PO Box 659728,    San Antonio, TX 78265-9728
```

```
District/off: 0312-2           User: admin                  Page 2 of 4              Date Rcvd: Nov 10, 2016
                               Form ID: 186                 Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 10 2016 22:59:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 10 2016 22:59:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516374682       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 10 2016 22:59:12      AMERICAN HONDA FINANCE,
                 PO BOX 168088,    IRVING, TX 75016
516374683       E-mail/Text: ebn@americollect.com Nov 10 2016 22:59:10      AMERICOLLECT INC,    PO BOX 1566,
                 MANITOWOC, WI 54221
516374715      +E-mail/Text: ering@cbhv.com Nov 10 2016 22:59:01      CB OF THE HUDSON VALLE,    155 N PLANK RD,
                 NEWBURGH, NY 12550-1748
516374716      +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 10 2016 22:59:24      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
516374717      +E-mail/Text: ering@cbhv.com Nov 10 2016 22:59:01      CBHV,   155 North Plank Road,    PO Box 831,
                 Newburgh, NY 12551-0831
516374718      +E-mail/Text: ering@cbhv.com Nov 10 2016 22:59:01      CBHV, Inc.,   PO Box 831,
                 Newburgh, NY 12551-0831
516374735      +E-mail/Text: mrdiscen@discover.com Nov 10 2016 22:58:17      DISCOVER FINANCIAL,
                 ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516374738      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 10 2016 22:58:47      DITECH,    PO BOX 6172,
                 RAPID CITY, SD 57709-6172
516382763       E-mail/Text: mrdiscen@discover.com Nov 10 2016 22:58:17      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
516374753      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2016 22:58:28      KOHLS/CAPITAL ONE,
                 PO BOX 3120,    MILWAUKEE, WI 53201-3120
516488480       E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516374778      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:48      SYNCB/ASHLEY FURNITURE,
                 ATTN: BANKRUPTCY,    PO BOX 103104,   ROSWELL, GA 30076-9104
516374779      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:48      SYNCB/ELECTRONICS EXPO,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516374780      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:56      SYNCB/TWEETER TX,
                 C/O P.O. BOX 965036,    ORLANDO, FL 32896-0001
516374781      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:24      SYNCHRONY BANK/ JC PENNEYS,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516374783      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:56      SYNCHRONY BANK/ OLD NAVY,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516374786      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:57      SYNCHRONY BANK/LINEN N' THINGS,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516374787      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:24      SYNCHRONY BANK/LOWES,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516374788      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:49      SYNCHRONY BANK/TJX,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516374792      +E-mail/Text: bankruptcy@td.com Nov 10 2016 22:59:08      TD BANK N.A.,    32 CHESTNUT ST,
                 LEWISTON, ME 04240-7799
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516374684*     ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,     PO BOX 1566,    MANITOWOC, WI 54221)
516374685*     ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,     PO BOX 1566,    MANITOWOC, WI 54221)
516374708*     +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
516374688*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374689*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374690*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374691*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374692*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374693*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374694*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374695*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374696*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374697*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374698*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374699*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374700*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374701*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374702*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374703*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374704*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374705*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374706*     +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516374711*     +BANK OF AMERICA,    NC4-105-03-14,   PO BOX 26012,    GREENSBORO, NC 27420-6012
516374712*     +BANK OF AMERICA,    NC4-105-03-14,   PO BOX 26012,    GREENSBORO, NC 27420-6012
516374713*     +BANK OF AMERICA,    NC4-105-03-14,   PO BOX 26012,    GREENSBORO, NC 27420-6012
516374720*     +CHASE,   ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
```

```
District/off: 0312-2              User: admin                 Page 3 of 4                  Date Rcvd: Nov 10, 2016
                                  Form ID: 186                Total Noticed: 78


              ***** BYPASSED RECIPIENTS (continued) *****
516374721*      +CHASE,    ATTN: CORRESPONDENCE DEPT,     PO BOX 15298,     WILMINGTON, DE 19850-5298
516374722*      +CHASE,    ATTN: CORRESPONDENCE DEPT,     PO BOX 15298,     WILMINGTON, DE 19850-5298
516374723*      +CHASE,    ATTN: CORRESPONDENCE DEPT,     PO BOX 15298,     WILMINGTON, DE 19850-5298
516374727*      +CITIBANK/THE HOME DEPOT,     CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,      PO BOX 790040,
                  SAINT LOUIS, MO 63179-0040
516374730*      +Clifton Medical Imaging PA,     27168 Network Place,     Chicago, IL 60673-1271
516374736*      +DISCOVER FINANCIAL,     ATTN: BANKRUPTCY,     PO BOX 3025,     NEW ALBANY, OH 43054-3025
516374737*      +DISCOVER FINANCIAL,     ATTN: BANKRUPTCY,     PO BOX 3025,     NEW ALBANY, OH 43054-3025
516374744*     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,     COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   FORD CREDIT,     NATIONAL BANKRUPCY SERVICE CENTER,     PO BOX 62180,
                   COLORADO SPRINGS, CO 80962)
516374751*      +Kazimierz M. Szczech, MD,     1033 Clifton Ave,     Suite 210,     Clifton, NJ 07013-3525
516374752*      +Kazimierz M. Szczech, MD,     1033 Clifton Ave,     Suite 210,     Clifton, NJ 07013-3525
516374763*      +New Jersey Imaging Network, LLC,      27695 Network Place,     Chicago, IL 60673-1276
516374771*      +Rickart Collection Systems, Inc.,      575 Milltown Road,     PO Box 7242,
                  North Brunswick, NJ 08902-7242
516374782*      +SYNCHRONY BANK/ JC PENNEYS,     PO BOX 965064,     ORLANDO, FL 32896-5064
516374784*      +SYNCHRONY BANK/ OLD NAVY,     PO BOX 965064,     ORLANDO, FL 32896-5064
516374785*      +SYNCHRONY BANK/ OLD NAVY,     PO BOX 965064,     ORLANDO, FL 32896-5064
516374789*      +SYNCHRONY BANK/TJX,     PO BOX 965064,     ORLANDO, FL 32896-5064
516374773*      +St Joseph's Regional Medical Center,      PO Box 36284,     Newark, NJ 07188-0001
516374774*      +St. Joseph's Regional Medical Center,      PO Box 36284,     Newark, NJ 07188-0001
516374791*      +TARGET,    C/O FINANCIAL & RETAIL SERVICES,     MAILSTOP BT PO BOX 9475,
                  MINNEAPOLIS, MN 55440-9475
516374793*      +TD BANK N.A.,    32 CHESTNUT ST,     LEWISTON, ME 04240-7799
516374794*      +TD BANK N.A.,    32 CHESTNUT ST,     LEWISTON, ME 04240-7799
516374795*      +TD BANK N.A.,    32 CHESTNUT ST,     LEWISTON, ME 04240-7799
516374796*      +Td Bank N.a.,    32 Chestnut St,     Lewiston, ME 04240-7799
516374798*      +Teamsters Welfare Fund of Northern NJ,      Local 723,     P.O Box 090717,
                  Staten Island, NY 10309-0717
516374799*      +Teamsters Welfare Fund of Northern NJ,      Local 723,     P.O Box 090717,
                  Staten Island, NY 10309-0717
516374800*      +Teamsters Welfare Fund of Northern NJ,      Local 723,     P.O Box 090717,
                  Staten Island, NY 10309-0717
516374801*      +Teamsters Welfare Fund of Northern NJ,      Local 723,     P.O Box 090717,
                  Staten Island, NY 10309-0717
516374802*      +Teamsters Welfare Fund of Northern NJ,      Local 723,     P.O Box 090717,
                  Staten Island, NY 10309-0717
516374805*      +VERIZON,    500 TECHNOLOGY DR,     SUITE 500,     WELDON SPRING, MO 63304-2225
                                                                                             TOTALS: 0, * 55, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Edwin  Alarcon rbear611@aol.com, lowlaw505@gmail.com
              Russell L. Low    on behalf of Joint Debtor Martha A. Alarcon rbear611@aol.com,
               lowlaw505@gmail.com
```

```
District/off: 0312-2          User: admin                Page 4 of 4              Date Rcvd: Nov 10, 2016
                              Form ID: 186               Total Noticed: 78
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 6