RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Edwin Alarcon** | : | CASE NO. 16-26963 |
| Debtor | : | Hearing Date: 9/12/2018 |
| | : | The Honorable Stacey L. Meisel |

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY**

---

I, Russell L. Low, being of full age, hereby certify the following:

We are filing this opposition on behalf of the debtors because we have been unable to contact them in time to file an opposition signed by them. We are asking for the opportunity to resolve this matter.

Date: <u>September 05, 2018</u>         /s/ Russell L. Low, Esq.

                                         **RUSSELL L. LOW, ESQ.**