Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−26963−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edwin Alarcon | Martha A. Alarcon |
| 88 Arthur Street | 88 Arthur Street |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
  xxx−xx−4948                                 xxx−xx−5697

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/28/18 at 10:00 AM

to consider and act upon the following:

*45* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/5/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*48* − Certification in Opposition to (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/5/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Edwin Alarcon, Martha A. Alarcon. (Low, Russell)

Dated: 11/6/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin Alarcon  
Martha A. Alarcon  
      Debtors

Case No. 16-26963-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 06, 2018  
                          Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db/jdb        +Edwin Alarcon,   Martha A. Alarcon,   88 Arthur Street,   Clifton, NJ 07011-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:  
      Andrew L. Spivack   on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
      Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation    ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Nicholas V. Rogers   on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
      Russell L. Low   on behalf of Debtor Edwin   Alarcon rbear611@aol.com,    ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
      Russell L. Low   on behalf of Joint Debtor Martha A. Alarcon rbear611@aol.com,    ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                       TOTAL: 7