**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Edwin Alarcon** | | |
| **Martha Alarcon** | : | CASE NO. 16-26963 |
| Debtor | : | Hearing Date: |
| | : | The Honorable Stacey L. Meisel |

**ATTORNEY'S RESPONSE TO CREDITOR'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, being of full age, hereby certify the following:

    We are filing this opposition on behalf of the debtor because we have been unable to file a timely opposition signed by the debtor. We are asking for the opportunity to get in touch with the Debtor to resolve this matter.

Date:  November 21, 2018            /s/ Russell L. Low, Esq.

                                                         **RUSSELL L. LOW, ESQ.**