Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26963−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Alarcon                                Martha A. Alarcon
   88 Arthur Street                             88 Arthur Street
   Clifton, NJ 07011                            Clifton, NJ 07011

Social Security No.:
   xxx−xx−4948                                  xxx−xx−5697

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/9/19 at 10:00 AM

to consider and act upon the following:

**50** − Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 2015 Honda Civic. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 11/21/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

**52** − Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 2015 Honda Civic. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 11/21/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Russell L. Low on behalf of Edwin Alarcon, Martha A. Alarcon. (Low, Russell)

Dated: 11/27/18

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court