UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47637
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation

**Order Filed on February 8, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

EDWIN ALARCON
MARTHA ALARCON

Case No.: 16-26963

Adv. No.:

Hearing Date: 1-9-19

Judge: SLM

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Edwin and Martha Alarcon**
**15-23498(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Russell Low, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the holder of a first purchase money security interest encumbering a 2015 Honda Civic bearing vehicle identification number 19XFB2F56FE269543 (hereinafter the "vehicle").

2. **Curing arrears:** At the hearing, the debtors were $432.22 in arrears on the loan encumbering the vehicle. To cure arrears, the debtors shall make cure payments of $512.32 a month for three consecutive months, beginning 1-10-19. In the event the debtors fail to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. After curing arrears, the debtors shall make all retail installment contract payments to American Honda Finance Corporation when due, being the 10TH day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtors and their attorney.

5. The debtors shall pay to American Honda Finance Corporation through the plan, an additional counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.