RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: : CHAPTER 13

**Edwin Alarcon**
**Martha Alarcon** : CASE NO. 16-26963

Debtor : The Honorable Stacey L. Meisel

---

**ATTORNEY'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

---

I, Russell L. Low, being of full age, hereby certify the following:

I am filing this opposition on behalf of the debtor, Edwin Alarcon & Martha Alarcon. I was unable to get in touch with the debtor to file a timely opposition to the Creditor's Certification of Default signed by the debtors. Therefore, I am requesting the opportunity to get in touch with the debtor in order to determine how to move forward.

Date:  May 15, 2019                                     /s/ Russell L. Low, Esq.
                                                         **RUSSELL L. LOW, ESQ.**