Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26963−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Alarcon                                    Martha A. Alarcon
   88 Arthur Street                                  88 Arthur Street
   Clifton, NJ 07011                               Clifton, NJ 07011

Social Security No.:
   xxx−xx−4948                                        xxx−xx−5697

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/12/19 at 10:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 2015 Honda Civic. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/15/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*65* − Response to (related document:64 Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 2015 Honda Civic. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/15/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Russell L. Low on behalf of Edwin Alarcon, Martha A. Alarcon. (Low, Russell)

Dated: 5/16/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin Alarcon  
Martha A. Alarcon  
    Debtors

Case No. 16-26963-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 16, 2019  
                               Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.  
db/jdb        +Edwin Alarcon,   Martha A. Alarcon,   88 Arthur Street,   Clifton, NJ 07011-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: ebnbankruptcy@ahm.honda.com May 17 2019 00:00:47  
            American Honda Finance Corporation,   PO Box 168088,   Irving, TX  75016-8088  
                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:  
          Andrew L. Spivack   on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
          Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Francis T. Tarlecki   on behalf of Creditor    LoanCare, LLC Njecfmail@mwc-law.com,  
           ftarlecki.kashlaw@gmail.com  
          John R. Morton, Jr.   on behalf of Creditor    American Honda Finance Corporation  
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Nicholas V. Rogers   on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
          Russell L. Low   on behalf of Joint Debtor Martha A. Alarcon rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          Russell L. Low   on behalf of Debtor Edwin  Alarcon rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                          TOTAL: 8