UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48829
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation

**Order Filed on August 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

EDWIN ALARCON
MARTHA ALARCON

Case No.: 16-26963

Adv. No.:

Hearing Date: 6-26-19

Judge: SLM

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Edwin and Martha Alarcon**
**15-23498(MBK)**
**Order For Additional Counsel Fee**

This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Russell Low, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtors shall pay to American Honda Finance Corporation through the plan, an additional counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.