| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 15,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>   EDWIN ALARCON<br>   MARTHA A. ALARCON | Case No.:  16-26963 SLM<br><br>Hearing Date:  11/13/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 15, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): EDWIN ALARCON
MARTHA A. ALARCON

Case No.: 16-26963

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/13/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must payoff case within 10 days or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:
Edwin Alarcon
Martha A. Alarcon
    Debtors

Case No. 16-26963-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 15, 2019
                                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb        +Edwin Alarcon,    Martha A. Alarcon,    88 Arthur Street,    Clifton, NJ 07011-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Francis T. Tarlecki    on behalf of Creditor    LoanCare, LLC Njecfmail@mwc-law.com,
          ftarlecki.kashlaw@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
          ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
         Russell L. Low    on behalf of Joint Debtor Martha A. Alarcon rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         Russell L. Low    on behalf of Debtor Edwin Alarcon rbear611@aol.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                               TOTAL: 8