**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edwin Alarcon | Social Security number or ITIN   xxx–xx–4948 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Martha A. Alarcon | Social Security number or ITIN   xxx–xx–5697 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–26963–SLM

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edwin Alarcon                                    Martha A. Alarcon

6/19/20                                          **By the court:** Stacey L. Meisel
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Edwin Alarcon
Martha A. Alarcon
    Debtors

Case No. 16-26963-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4     Date Rcvd: Jun 19, 2020
                       Form ID: 3180W     Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.

```
db/jdb         +Edwin Alarcon,    Martha A. Alarcon,    88 Arthur Street,    Clifton, NJ 07011-1420
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516374686      +AmeriHealth,    PO Box 1788,    Newark, NJ 07101-1788
516374687      +AmeriHealth,    PO Box 59480,    Philadelphia, PA 19102-9480
516596906      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516374714      +C.Tech Collections Inc,    PO Box 402,    MT. Sinal, NY 11766-0402
516374724      +CITIBANK SEARS,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
516374725      +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,    PO BOX 790040,
                 ST LOUIS, MO 63179-0040
516374728      +Clifton Eye Care,    P.O Box 2247,    Clifton, NJ 07015-2247
516374729      +Clifton Medical Imaging PA,    27168 Network Place,    Chicago, IL 60673-1271
516374738      +DITECH,    PO BOX 6172,    RAPID CITY, SD 57709-6172
516374739     +++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: DITECH FINANCIAL LLC,    332 MINNESOTA ST STE 610,
                 SAINT PAUL, MN 55101)
516374734      +Diagnostic Radiology Associates,    1339 Broad Street,    Clifton, NJ 07013-4219
516597970       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516374740      +Dr. Souheil Saba, MD,    1300 Main Avenue,    Suite 2A,    Clifton, NJ 07011-2266
516374742      +FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
516374745      +Garden State Healthcare Assoc. LLC,    P.O. Box 20503,    Newark, NJ 07101-5503
516374746      +Gastroenterology Associates of NJ,    PO Box 51074,    Newark, NJ 07101-5174
516374747      +Hoboken University Medical Center,    308 Willow Ave.,    Hoboken, NJ 07030-3808
516374748      +Howard Schachter Esq,,    3490 U.S Route 1,    Suite 6,    Princeton, NJ 08540-5920
516374749      +Imaging Subspecialists of North Jersey,,    PO Box 3607,    Evansville, IN 47735-3607
516374750      +Kazimierz M. Szczech, MD,    1033 Clifton Ave,    Suite 210,    Clifton, NJ 07013-3525
516374755      +Lab Corporation Of America,    PO Box 2240,    Burlington, NC 27216-2240
518195662      +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518195663      +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452,    LoanCare, LLC,
                 3637 Sentara Way,    Virginia Beach, VA 23452-4262
516374757     #+MCS Claim Services, Inc.,    123 Frost Street,    Suite 150,    Westbury, NY 11590-5027
516374760      +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,    PO BOX 5452,    MT LAUREL, NJ 08054-5452
516374756      +Macys,    PO Box 78008,    Phoenix, AZ 85062-8008
516374759      +Medical Laboratory & Pathology,    P.O Box 835,    Clifton, NJ 07015-0835
516374761      +NAPA OF NEW JERSEY,    1770 New Durham Road,    South Plainfield, NJ 07080-2328
516407176      +Napa of New Jersey,    C-Tech Collections, Inc.,    5505 Nesconset Hwy,    Mt Sinai, NY 11766-2037
516374762      +New Jersey Imaging Network, LLC,    27695 Network Place,    Chicago, IL 60673-1276
516374764      +North American Partners,    In Anesthesia NJ, LLC,    P.O Box 49,    Glen Head, NY 11545-0049
516374765      +Oscar Insurance Corporation,    P.O Box 278,    New York, NY 10013-0278
516374766      +R&R Recovery, Inc.,    P.O Box 21575,    Baltimore, MD 21282-1575
516374769      +RAYMORE & FLANIGAN,    ATTN: LEGAL DEPT,    7248 MORGAN RD,    LIVERPOOL, NY 13090-4535
516374767      +Ramapo Valley Anesthesia Assoc LLC,    P.O. Box 28053,    New York, NY 10087-8053
516374768       Ramapo Valley Anesthesiologists, PC,    100 Route 59, Suite 105,    Suffern, NY 10901-4927
516374770      +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
516374772      +St Joseph's Regional Medical Center,    PO Box 36284,    Newark, NJ 07188-6206
516374775      +St. Josephs Emergency Physicians,    P.O Box 11144,    Belfast, ME 04915-4002
516374776      +St. Marys Hospital,    350 Boulevard,    Passaic, NJ 07055-2840
516374777      +St.Josephs Regional Medical Center,    P.O Box 32025,    New York, NY 10087-2025
516374797       Teamsters Welfare Fund of Northern NJ,    Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374807      +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516374682       EDI: HNDA.COM Jun 20 2020 05:18:00     AMERICAN HONDA FINANCE,    PO BOX 168088,
                 IRVING, TX 75016
516374683       E-mail/Text: ebn@americollect.com Jun 20 2020 02:20:29     AMERICOLLECT INC,    PO BOX 1566,
                 MANITOWOC, WI 54221
516374709      +EDI: AMEREXPR.COM Jun 20 2020 05:18:00     AMEX,    CORRESPONDENCE,    PO BOX 981540,
                 ELPASO, TX 79998-1540
516374707      +EDI: AMEREXPR.COM Jun 20 2020 05:18:00     AMEX,    CORRESPONDENCE,    PO BOX 981540,
                 EL PASO, TX 79998-1540
516534004       EDI: AIS.COM Jun 20 2020 05:18:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516374710      +EDI: BANKAMER.COM Jun 20 2020 05:18:00     BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
                 GREENSBORO, NC 27420-6012
```

```
District/off: 0312-2          User: admin              Page 2 of 4              Date Rcvd: Jun 19, 2020
                              Form ID: 3180W           Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516374715      +E-mail/Text: ering@cbhv.com Jun 20 2020 02:20:04       CB OF THE HUDSON VALLE,    155 N PLANK RD,
                 NEWBURGH, NY 12550-1748
516374716      +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 20 2020 02:20:46        CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
516374717      +E-mail/Text: ering@cbhv.com Jun 20 2020 02:20:04       CBHV,   155 North Plank Road,    PO Box 831,
                 Newburgh, NY 12551-0831
516374718      +E-mail/Text: ering@cbhv.com Jun 20 2020 02:20:04       CBHV, Inc.,    PO Box 831,
                 Newburgh, NY 12551-0831
516374726      +EDI: CITICORP.COM Jun 20 2020 05:18:00       CITIBANK/THE HOME DEPOT,
                 CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,    SAINT LOUIS, MO 63179-0040
516374731      +EDI: WFNNB.COM Jun 20 2020 05:18:00       COMENITY BANK/NEW YORK & COMPANY,    PO BOX 182125,
                 COLUMBUS, OH 43218-2125
516374732      +EDI: WFNNB.COM Jun 20 2020 05:18:00       COMENITY BANK/VCTRSSEC,    P.O Box 659728,
                 San Antonio, TX 78265-9728
516374733       EDI: WFNNB.COM Jun 20 2020 05:18:00       COMENITY BANK/VICTORIA SECRET,    PO BOX 18215,
                 COLUMBUS, OH 43218
516605554      +E-mail/Text: bncmail@w-legal.com Jun 20 2020 02:20:32       CarePoint Health - Physican GSHA,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516374735      +EDI: DISCOVER.COM Jun 20 2020 05:18:00       DISCOVER FINANCIAL,    ATTN: BANKRUPTCY,
                 PO BOX 3025,   NEW ALBANY, OH 43054-3025
516580692       EDI: Q3G.COM Jun 20 2020 05:18:00       Department Store National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
516382763       EDI: DISCOVER.COM Jun 20 2020 05:18:00       Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516374741      +E-mail/Text: bknotice@ercbpo.com Jun 20 2020 02:20:21       ERC,    P.O Box 23870,
                 Jacksonville, FL 32241-3870
516374743       EDI: FORD.COM Jun 20 2020 05:18:00       FORD CREDIT,    NATIONAL BANKRUPCY SERVICE CENTER,
                 PO BOX 62180,   COLORADO SPRINGS, CO 80962
516374719       EDI: JPMORGANCHASE Jun 20 2020 05:18:00        CHASE,   ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                 WILMINGTON, DE 19850
516374754      +EDI: NAVIENTFKASMSERV.COM Jun 20 2020 05:18:00        KOHLS/CAPITAL ONE,    PO BOX 9500,
                 WILKS-BARR, PA 18773-9500
516374753      +E-mail/Text: bncnotices@becket-lee.com Jun 20 2020 02:19:13        KOHLS/CAPITAL ONE,
                 PO BOX 3120,   MILWAUKEE, WI 53201-3120
516549877      +EDI: MID8.COM Jun 20 2020 05:18:00       MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516604474       EDI: PRA.COM Jun 20 2020 05:18:00       Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
516488480       EDI: Q3G.COM Jun 20 2020 05:18:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
516374778      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCB/ASHLEY FURNITURE,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
516374779      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCB/ELECTRONICS EXPO,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
516374780      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCB/TWEETER TX,    C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-0001
516374781      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCHRONY BANK/ JC PENNEYS,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516374783      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCHRONY BANK/ OLD NAVY,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516374786      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCHRONY BANK/LINEN N' THINGS,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516374787      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCHRONY BANK/LOWES,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516374788      +EDI: RMSC.COM Jun 20 2020 05:18:00       SYNCHRONY BANK/TJX,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516374790      +EDI: WTRRNBANK.COM Jun 20 2020 05:18:00        TARGET,   C/O FINANCIAL & RETAIL SERVICES,
                 MAILSTOP BT PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
516374792       EDI: TDBANKNORTH.COM Jun 20 2020 05:18:00        TD BANK N.A.,    32 CHESTNUT ST,
                 LEWISTON, ME 04240
516374803       EDI: TFSR.COM Jun 20 2020 05:18:00       TOYOTA MOTOR CREDIT CO,    TOYOTA FINANCIAL SERVICES,
                 PO BOX 8026,   CEDAR RAPIDS, IA 52408
516374804      +EDI: VERIZONCOMB.COM Jun 20 2020 05:18:00        VERIZON,   500 TECHNOLOGY DR,    SUITE 500,
                 WELDON SPRING, MO 63304-2225
516374806      +EDI: WFNNB.COM Jun 20 2020 05:18:00       Victoria Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
                                                                                                TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596190         PHH MORTGAGE CORPORATION
cr*             ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance Corporation,     PO Box 168088,
                 Irving, TX  75016-8088)
516374685*      ++AMERICOLLECT INC,   PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court: AMERICOLLECT INC,    PO BOX 1566,    MANITOWOC, WI 54221)
516374684*      ++AMERICOLLECT INC,   PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court: AMERICOLLECT INC,    PO BOX 1566,    MANITOWOC, WI 54221)
516374708*      +AMEX,   CORRESPONDENCE,    PO BOX 981540,   EL PASO, TX 79998-1540
```

```
District/off: 0312-2         User: admin              Page 3 of 4            Date Rcvd: Jun 19, 2020
                             Form ID: 3180W           Total Noticed: 86


              ***** BYPASSED RECIPIENTS (continued) *****
516374688*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374689*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374690*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374691*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374692*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374693*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374694*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374695*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374696*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374697*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374698*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374699*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374700*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374701*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374702*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374703*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374704*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374705*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374706*        +AmeriHealth,   PO Box 59480,    Philadelphia, PA 19102-9480
516374711*        +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516374712*        +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516374713*        +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516374727*        +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BANKRUP,    PO BOX 790040,
                    SAINT LOUIS, MO 63179-0040
516374730*        +Clifton Medical Imaging PA,    27168 Network Place,    Chicago, IL 60673-1271
516374736*        +DISCOVER FINANCIAL,    ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516374737*        +DISCOVER FINANCIAL,    ATTN: BANKRUPTCY,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516374744*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:   FORD CREDIT,    NATIONAL BANKRUPCY SERVICE CENTER,    PO BOX 62180,
                    COLORADO SPRINGS, CO 80962)
516374720*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                    MONROE LA 71203-4774
                  (address filed with court:   CHASE,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                    WILMINGTON, DE 19850)
516374721*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                    MONROE LA 71203-4774
                  (address filed with court:   CHASE,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                    WILMINGTON, DE 19850)
516374722*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                    MONROE LA 71203-4774
                  (address filed with court:   CHASE,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                    WILMINGTON, DE 19850)
516374723*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                    MONROE LA 71203-4774
                  (address filed with court:   CHASE,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                    WILMINGTON, DE 19850)
516374751*        +Kazimierz M. Szczech, MD,    1033 Clifton Ave,    Suite 210,    Clifton, NJ 07013-3525
516374752*        +Kazimierz M. Szczech, MD,    1033 Clifton Ave,    Suite 210,    Clifton, NJ 07013-3525
516554768*        +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516374763*        +New Jersey Imaging Network, LLC,    27695 Network Place,    Chicago, IL 60673-1276
516374771*        +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
                    North Brunswick, NJ 08902-7242
516374782*        +SYNCHRONY BANK/ JC PENNEYS,    PO BOX 965064,    ORLANDO, FL 32896-5064
516374784*        +SYNCHRONY BANK/ OLD NAVY,    PO BOX 965064,    ORLANDO, FL 32896-5064
516374785*        +SYNCHRONY BANK/ OLD NAVY,    PO BOX 965064,    ORLANDO, FL 32896-5064
516374789*        +SYNCHRONY BANK/TJX,    PO BOX 965064,    ORLANDO, FL 32896-5064
516374773*        +St Joseph's Regional Medical Center,    PO Box 36284,    Newark, NJ 07188-6206
516374774*        +St. Joseph's Regional Medical Center,    PO Box 36284,    Newark, NJ 07188-6206
516374791*        +TARGET,    C/O FINANCIAL & RETAIL SERVICES,    MAILSTOP BT PO BOX 9475,
                    MINNEAPOLIS, MN 55440-9475
516374793*       ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                  (address filed with court:   TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
516374794*       ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                  (address filed with court:   TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
516374795*       ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                  (address filed with court:   TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
516374796*       ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                  (address filed with court:   Td Bank N.a.,    32 Chestnut St,    Lewiston, ME 04240)
516374798*         Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374799*         Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374800*         Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374801*         Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374802*         Teamsters Welfare Fund of Northern NJ,     Local 723,    P.O Box 090717,    Staten Island, NY 10309
516374805*        +VERIZON,    500 TECHNOLOGY DR,    SUITE 500,    WELDON SPRING, MO 63304-2225
```

```
District/off: 0312-2          User: admin             Page 4 of 4                Date Rcvd: Jun 19, 2020
                              Form ID: 3180W          Total Noticed: 86

516374758     ##+Medical Lab &  Pathology Consut,   P.O Box 835,   Clifton, NJ 07015-0835
                                                                             TOTALS: 1, * 57, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    LoanCare, LLC Njecfmail@mwc-law.com,
           ftarlecki.kashlaw@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Lauren  Moyer    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Edwin  Alarcon ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Joint Debtor Martha A. Alarcon ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 9
```